# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | Quaid, et al.v.Granet, et al

**Case Name** | 0:25-cv-00270

**Counsel submitting this form** | Randy Quaid & Evgenia Quaid Pro Se

**Represented party/parties** |

*Briefly describe the dispute that gave rise to this lawsuit.*

Misuse of a police Data base the defendants maliciously violated Plaintiffs civil rights and violate their constitutional rights of privacy. The penalties for the misuse of CORI information are covered under the following Penal Code and Government Code sections: Penal Code section 502 prescribes the penalties relating to computer crimes. Penal Code sections 11105 and 13300 identify who has access to criminal history information and under what circumstances it may be disseminated.Penal Code sections 11140-11144 and 13301-13305 prescribe penalties for misuse of criminal historyinformation. Government Code section 6200 prescribes felony penalties for misuse of public records. Penal code sections 11142 and 13303 state:
"Any person authorized by law to receive a record or information obtained from a record who knowingly furnishes the record or information to a person not authorized by law to receive the record of information, is guilty of a misdemeanor."Invasion of Privacy Civil Code section 1798.53 states:
"Any person who intentionally discloses information, not otherwise public, which they know or should reasonably know was obtained from personal or confidential information maintained by a stateagency or from records within a system of records maintained by a federal government agency, shall be subject to a civil action for invasion of privacy, by the individual."
CIVIL, CRIMINAL, AND ADMINISTRATIVE PENALTIES
-California constitution, Article I, Section I (Right of Privacy)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                        *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The Judge did not understand the laws and jurisdiction in regards to misuse of a police data base against plaintiffs who live in VT she did not even mention the reason this case which is police data base misuse and instead saw this case as the same case as the property case. Which it is not it is separate and is a Diverse Jurisdictional issue.

Invasion of Privacy Civil Code section 1798.53 states:
"Any person who intentionally discloses information, not otherwise public, which they know or should
reasonably know was obtained from personal or confidential information maintained by a state
agency or from records within a system of records maintained by a federal government agency, shall
be subject to a civil action for invasion of privacy, by the individual."

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The local Santa Barbara property case that only has jurisdiction over the property in dispute.

**Signature** /s/ Evgenia Quaid    **Date** 02/20/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Rev. 09/01/22*

2